

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
CIVIL MINUTES -- GENERAL

Case No.    ED CV 09-01192-SGL(CTx)                                      Date:  August 18, 2009

Title:    MANUEL PACHECO -v- FINANCIAL HOME SERVICE, INC., ET AL
==============================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, U.S. DISTRICT JUDGE

    Cindy Sasse                                          None Present
    Courtroom Deputy                                     Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                             None present

**PROCEEDINGS:    ORDER GRANTING MOTION TO DISMISS** [Link & Term Doc. No. 4]

   The Court has reviewed defendants' motion to dismiss the complaint.  The Court deems this matter appropriate for decision without oral argument.  See Fed. R. Civ. P. 78; Local Rule 7-15.  Accordingly, the hearing set for August 31, 2009, is removed from the Court's calendar.

   Plaintiff has failed to file a timely opposition to the motion to dismiss.  See Local Rule 7-9 (requiring that oppositions to a motion must be filed no later than fourteen days before the designated hearing date of the motion).  Therefore, the Court **GRANTS** the motion and **DISMISSES** the complaint as to the moving defendant, FDIC.  See Local Rule 7-12 ("The failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."); Ghazali v. Moran, 46 F.3d 52, 53-54 (9th Cir. 1995) (holding that district court did not err in summarily granting defendants' motion to dismiss pursuant to a local rule where the pro se plaintiff had time to respond to motion but failed to do so).

   There is no proof that the other defendants named in plaintiffs' complaint have been served.  Under Rule 4(m) to the Federal Rules of Civil Procedure, a plaintiff must serve summons and complaint on all the defendants named within 120 days.  Failure to do so can result in dismissal of the case for failure to prosecute.  The First Amended Complaint was filed on May 18, 2009.  Therefore, plaintiffs have until September 17, 2009, to file with the Court proof of service on the remaining unserved defendants in this action.  Failure to file the required proofs of service by that time will result in the summary dismissal of this action for plaintiff's failure to prosecute.

   **IT IS SO ORDERED.**

MINUTES FORM 90                                          Initials of Deputy Clerk: jh-relief
CIVIL -- GEN                                      1